IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SCOTT FARNAN,<br><br>            Plaintiff,<br><br>  v.<br><br>MICHAEL V HAYDEN, *et al.*<br><br>            Defendants.<br>_____/ | No. C 09-01731 WHA<br><br><br>**ORDER TO SHOW CAUSE** |

     A May 8 order dismissed this action but provided plaintiff with leave to amend. The deadline for plaintiff to file an amended complaint was May 29, 2009. Several weeks have passed and plaintiff has not filed an amended complaint. Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute. Plaintiff must file a written response to this order to show cause by **NOON ON JUNE 22, 2009**.

     **IT IS SO ORDERED.**

Dated: June 12, 2009.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE