IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY SCOTT FARNAN,

    Plaintiff,

  v.

MICHAEL V HAYDEN, *et al.*

    Defendants.
                            /

No. C 09-01731 WHA

**ORDER DISMISSING CASE**

On May 8, 2009, this action was dismissed with leave to amend. Although the deadline for plaintiff to file an amended complaint was May 29, 2009, an amended complaint has not been filed. On June 12, 2009, plaintiff was ordered to show cause why this case should not be dismissed for failure to prosecute, and plaintiff's written response to the order to show cause was due by noon on June 22, 2009. No response was filed. Because plaintiff has repeatedly missed case deadlines and failed to respond, this action is dismissed for a failure to prosecute. Judgment shall be entered.

**IT IS SO ORDERED.**

Dated: June 25, 2009.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE